UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN PARKER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-95 |
| | § | |
| LELA LOCKETT-WARE, *et al*, | § § | |
| Defendants. | § § § | |

## ORDER

The court has been advised that a settlement has been reached between the parties. Dkt. 18. Accordingly, the court orders that all claims against Lela Lockett-Ware and others in the above-styled case are dismissed without prejudice to refiling, unless any party represents in a writing filed with the court on or before Monday, September 27, 2021, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, September 27, 2021.

Any pending motions are hereby denied as moot.

Signed on Galveston Island on this the 22nd day of July, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE