IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **GWENDOLYN PARKER,** § | CAUSE No. 3:231-cv-00095 |
| Plaintiff, § | |
| § | |
| § | |
| § | |
| v. § | Hon. Jeffrey V. Brown, Judge |
| § | |
| § | |
| **THE UNIVERSITY OF TEXAS** § | |
| **MEDICAL BRANCH, ,** § | |
| Defendants § | Hon. Andrew M. Edison, Magistrate |

**PLAINTIFF'S NOTICE OF DISMISSAL**

NOW COMES Plaintiff Ms. Gwendolyn Parker, announcing and noticing the dismissal of this suit. This voluntary dismissal reaches all of the Plaintiff's claims and causes of action, and reaches all Defendants in the suit.

No Answer has been filed by either Defendant in this cause. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff "may dismiss an action without a court order" by filing this notice. Fed.R.Civ.P., Rule 41(a)(1)(A)(i).

By operation of law, this Notice dismisses the case and is effective upon filing. *See, e.g., Kyzar v. American National Prop. & Cas. Co*., 2016 WL 3277449, at *1 (M.D. La. 2016) ("The filing of a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) is effective *immediately* and does not require action by the Court"; *Levy v. Ryan Seacrest Productions*, 2013 WL 663734, at *1 (E.D. Cal. 2013) ("voluntary dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal").

The Plaintiff and her undersigned counsel wish to thank the honorable Court and its staff for its efforts and its attention to this matter while it was pending. We also thank our

learned Opposite Counsel for her unyielding professionalism and cooperation throughout this matter.

                                            Respectfully submitted,

                                            ROBERT TEIR, PLLC
                                            3302 Canal Street
                                            Houston, Texas 77003-1824


                                    By:_____
                                            Robert Teir
                                            Member, College of the State Bar of Texas
                                            State Bar No. 00797940
                                            EM rob@teirlaw.com
                                            PH 832.365.1191
                                            FX 832.550.2700
                                                Attorney for Plaintiff
                                                Ms. Gwendolyn Parker

## CERTIFICATE OF SERVICE

       I, Robert Teir, (digitally) undersigned below, certify that, on August 6 2021, I caused a copy of the foregoing Notice of Dismissal to be served upon learned counsel for the Defendants, to wit Ms. Mindy Wetzel, via the honorable Court's electronic filing and service system, or via another means compatible with the Federal Rules of Civil Procedure.

_____
Robert Teir